### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEANOR McGINN,<br><br>*Plaintiff,*<br><br>v.<br><br>BROADMEAD, INC.,<br><br>*Defendant.* | Civil Action No:   1:23-CV-02609-SAG |

### NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearances of Thomas J. Whiteford and Samuel P. Morse as counsel for the Defendant, Broadmead, Inc., in the above captioned matter.

Dated: October 11, 2023

                                        Respectfully Submitted,

                                        */s/ Samuel P. Morse*
Thomas J. Whiteford, Bar No. 22965
Samuel P. Morse, Bar No. 21955
WHITEFORD, TAYLOR & PRESTON L.L.P.
7 Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
Telephone:   (410) 347-8700
Facsimile:   (410) 234-2361
Email:   twhiteford@whitefordlaw.com
Email:   smorse@whitefordlaw.com
*Attorneys for Defendant Broadmead, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2023, a copy of the foregoing was served via the Court's CM/ECF System, which provides notice to all counsel of record.

*/s/ Samuel P. Morse*
Samuel P. Morse

- 2 -